IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE:     *Ashfield v. Kayes*                     Civil Action No.  1:21-CV-1488

Plaintiff:  Jason Ashfield                         (JUDGE KANE)

# ORDER

Plaintiff, Jason Ashfield, initiated the above-captioned action by lodging a complaint without submitting the requisite filing fee or an application to proceed *in forma pauperis.*  (Doc. 1).

Accordingly, on August 27, 2021, an Administrative Order issued in this case which informed the plaintiff that this action would not proceed unless the Plaintiff, within thirty (30) days of the date of the Administrative Order, either: (1)  tendered to the "Clerk, U.S. District Court" payment in the amount of $402.00, which represented a statutory filing fee in the amount of $350.00 and a $52.00 Administrative Fee; **or**  (2) filed an properly completed and signed application to *proceed in forma pauperis*. An application to proceed *in forma pauperis* was enclosed with the Administrative Order. Plaintiff was advised that failure to comply with the terms of the Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice.  (Doc. 4).

More than thirty (30) days have elapsed and the Plaintiff has neither made a submission, nor requested an additional extension of time in which to pay the filing fee or to submit the financial forms.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

**BY THE COURT:**

**s/_s/ Yvette Kane_____**
**YVETTE KANE, District Judge**
**United States District Court**
**Middle District of Pennsylvania**

DATE:  September 29, 2021